UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELIZABETH TAYLOR,** | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 1:15-cv-00966-LJV-MJR<br>)<br>) |
| **PREMIER RECOVERY GROUP INC.;**<br>**JOEY YOUNGER; and**<br>**DOE 1-5,** | )<br>)<br>)<br>) |
| Defendant. | )<br>)<br>) |

### NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that plaintiff ELIZABETH TAYLOR and defendant PREMIER RECOVERY GROUP INC have reached a settlement in the above-captioned case. Plaintiff expects the structured settlement to be consummated by December 23, 2016, at which time Plaintiff expects to file a Dismissal of the entire action.

August 5, 2016

                                                  s/Robert Amador\_\_\_
                                                  Robert Amador, Esq.
                                                  Attorney for Plaintiff Elizabeth Taylor
                                                  Centennial Law Offices
                                                  9452 Telephone Rd. 156
                                                  Ventura, CA. 93004
                                                  (888)308-1119 ext. 11
                                                  (888) 535-8267 fax
                                                  R.Amador@centenniallawoffices.com

## CERTIFICATE OF SERVICE

      I certify that on this date, August 5, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following party receiving ECF notices:

Brandon M. Wrazen, Esq.
Attorney for NRA Group, LLC
Peltan Law, PLLC
128 Church Street
East Aurora, New York

David George Peltan, Esq.
Peltan Law, PLLC
Attorney for Defendants
128 Church Street

Attorneys for the Defendant

                                              s/Robert Amador\_\_\_
                                              Robert Amador, Esq.
                                              Attorney for Plaintiff Elizabeth Taylor
                                              Centennial Law Offices
                                              9452 Telephone Rd. 156
                                              Ventura, CA. 93004
                                              (888)308-1119 ext. 11
                                              (888) 535-8267 fax
                                              R.Amador@centenniallawoffices.com