UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **ELIZABETH TAYLOR,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| v. | ) Civil Action No. 1:15-cv-00966-JTC<br>)<br>) |
| **PREMIER RECOVERY GROUP INC.;**<br>**JOEY YOUNGER; and**<br>**DOE 1-5** | )<br>)<br>)<br>) |
| **Defendant.** | )<br>)<br>) |

## STIPULATION TO DISMISS THE ENTIRE ACTION

The parties to this stipulation agree that the entire action against all defendants be dismissed with prejudice and without costs to any party.

February 9, 2017

s/Robert Amador
Robert Amador, Esq.
Attorney for Plaintiff Elizabeth Taylor
Centennial Law Offices
9452 Telephone Rd. 156
Ventura, CA. 93004
(888)308-1119 ext. 11
(888) 535-8267 fax
R.Amador@centenniallawoffices.com

s/ Brandon M. Wrazen
Brandon M. Wrazen, Esq.
Attorney for Premier Recovery Group, Inc.
Peltan Law, PLLC
128 Church Street
East Aurora, NY 14052
(716) 322-7648 office
(716) 523-7764
mobilebrandonwrazen@peltanlaw.com

## **CERTIFICATE OF SERVICE**

I certify that on this date, February 9, 2017, I electronically filed the foregoing Stipulation To Dismiss the Entire Action through ECF system, which will send a notice of electronic filing to all parties registered therein.

        s/Robert Amador\_\_\_
        Robert Amador, Esq.
        Attorney for Plaintiff Elizabeth Taylor
        Centennial Law Offices
        9452 Telephone Rd. 156
        Ventura, CA. 93004
        (888)308-1119 ext. 11
        (888) 535-8267 fax
        R.Amador@centenniallawoffices.com